UNITED STATES DISTRICT COURT

MID WESTERN DISTRICT OF FLORIDA

TAMPA FLORIDA *8:07-CV-01144-T-23mAP*

DOUGLAS McARTHUR YATES,                              2007 JUL -2   PLAINTIFF,PRO-SE,

VS:

RYDER TRUCK RENTALS,AGENT,                                         DEFENDANTS,

MAY JOHNSON,OWNER RUSTIC LODGE

LAND O"LAKESFLORIDA,ET AL,

STATE OF FLORIDA,

## CIVIL COMPLAINT FOR MONITARY DAMAGES

THIS CAUSE OF ACTION IS BEING BROUGHT BY DOUGLAS McARTHUR YATES,
A PRO-SE PLAINTIFF,SEEKING MONITARY DAMAGES FOR WRONGFULL PROSECUTION
CAUSED BY RYDER TRUCK RENTALS,AND ITS AGENT,MAY JOHNSON,OWNER OF RUSTIC
LODGE IN LAND O"LAKES FLORIDA,AND BY THE STATE OF FLORIDA,AND ITS
AGENTS,BOBBY LIGHTFOOT,OF THE PASCO COUNTY FLORIDA SHERRIFFS OFFICE.

THERE WAS AN ARREST WARRANT ISSUED IN PASCO COUNTY FLORIDA BASED
UPON AN ERRONIUES AFFIDAVIT OF PROBABLE CAUSE.THE AFFIDAVIT ON ITS
FACE IS INVALID FOR TWO OR MORE REASONS,E.G. THE AFFIDAVIT WAS SWORN
TO ON MARCH 26TH.1990,AYEAR PRIOR TO THE ALLEDGED OFFENSE,DATED JAN.
23RD 1991. IN ADDITION TO THIS FATAL ERROR THE WARRANT SAYS IN PART:
OR THE AFFIDAVIT SAYS IN PART,FINDING OF PROBABLE CAUSE"

: I HAVE REVIEWED XXX THIS AFFIDAVIT OF PROBABLE CAUSE AND FIND
THERE IS PROBABLE CAUSE TO HOLD AND BIND OVER FOR TRIAL THAT
DEFENDABNT,DAVID YATES,NAMED IN THIS AFFIDAVIT,DATED THIS 2ND
DAY OF APRIL 1991.:SIGNED PRESIDING JUDGE,MAYNARD F.SWANSON.

THIS PLAINTIFFS NAME IS DOUGLAS McARTHUR YATES,NOT DAVID YATES
AS ALLEDGED IN THE PROBABLE CAUSE AFFIDAVIT THAT WAS THE BASIS USED
TO OBTAIN THE WARRANT HEREIN,NO.91-997CFAES.E.G.SEE APPENDIX A PAGE
3 AND 4 THEREOF.  WHEREFORE,PLAINTIFF ALLEDGES THE WARRANT WAS AND
IS INVALID ON ITS FACE,THIS WARRANT HAS AND CONTINUES TO CAUSE THIS
PLAINTIFF HARM FOR THE FOLLOWING REASONS STATED HEREAFTER.



(1)

ON MAY 18TH.2007,THE SOCIAL SECURITY ADMINSTRATION IN PIKEVILLE,
KENTUCKY 41501 NOTIFIED THIS PLAINTIFF THAT THE STATE OF FLORIDA
HAD A WARRANT FOR THIS PLAINTIFF,THE WARRANT WAS 16 YEARS OLD,BUT
FOR SOME REASON UNKNOWN TO ANYONE THE STATE OF FLORIDA HAD REMAINED
SILENT ON THIS WARRANT.NO.91-997CFAES,DADE CITY FLORIDA 33526.

THE SOCIAL SECURITY ADMINISTRATION TERMINATED THIS PLAINTFF"S
SSI CHECK,WITHOUT A HEARING OR ANY OPPORTUNITY FOR A HEARING,WHICH
WAS A VIOLATION OF THE FIFTH AND FOURTEENTH AMENDMENTS TO THE UNITED
STATES CONSTITUTION,THIS PLAINTIFF FILED A CIVIL ACTION IN THE U.S.
DISTRICT COURT HERE IN PIKEVILLE KENTUCKY TO RESOLVE THESE VIOLATIONS
OF RIGHTS.

THE FACT REMAINS THAT THE PROBLEM WITH THE INVALID WARRANT FROM
DADE CITY FLORIDA IS THE CAUSE OF THE HARM TO THIS PRO-SE PLAINTIFF
THEREFORE THIS ACTION IS SOUGHT TO RESOLVE THE CONSTITUTIONAL VIOLAT-
IONS CAUSED BY THE SAID WARRANT.

THIS PLAINTIFF DID NOT RENT ANYTHING FROM RYDER TRUCK RENTALS,NOR
ITS AGENT MAY JOHNSON,OF LAND O"LAKES FLORIDA AS IS ALLEDGED IN THE
ILLEGAL WARRANT NO.01-997CFAES.

WHEN THIS PLAINTIFF LEARNED OF THE WARRANT ON/OR ABOUT THE 18TH.
DAY OF MAY 2007,THERE UPON THIS PLAINTIFF BEGAIN TO ATTEMPT TO GET
WHATEVER INFORMATION HE COULD OBTAIN ,HAD AN ATTORNEY IN PIKEVILLE
KENTUCKY CALL THE STATES ATTORNEY IN DADE CITY FLORIDA,A MR.MANNY
GARCIA,DURING THE TELEPHONE CONVERSATION BETWEEN THE LAWYERS MR.
BAIRD THE ATTORNEY IN PIKEVILLE WAS ASK IF THIS PLAINTIFF WOULD GIVE
HIS SOCIAL SECURITY NO.TO MR.GARCIA ,PLAINTIFF GAVE HIS CARD TO JESS
BAIRD,AND MR.BAIRD READ THE NO.402-58 7200 TO MR.GARCIA,MR.GARCIA
ASK IS THE PLAINTIFF SURE THIS IS HIS NO.MR.BAIRD STATED YES I READ
THE NO.OFF HIS CARD IT IS CORRECT. MR.GARCIA THEN STATED :THATS NOT
THE NO.WE HAVE IN THIS CASE.

MR.GARCIA GAVE MR.BAIRD A TELEPHONE NO.AND ASK DOES THE PLAINTIFF
KNOW THIS NO.PLAINTIFF STATED NO HE NEVER SAW THAT NO BEFORE,THERE-
AFTER A MOTION TO DISMISS WAS FILED IN THE PASCO COUNTY COURT,THE COURT
DISMISSED THE MOTION INDICATING IN ITS DENIAL THAT IT WAS THIS
PLAINTIFF"S FAULT THAT HE HADNT BEEN ARRESTED ON THE ILLEGAL WARRANT
FROM FLORIDA. NOW THIS ACTION IS TAKEN IN AN ATTEMPT TO BE COMPEN-
SATED FOR THIS ILLEGAL PROCEDURE .

(2)

(1). ACCORDING TO THE PAPPERS FILED BY THE COURT DENING THE MOTION TO DISMISS THE AGENT FOR RYDER TRUCK CO.STATED THAT DOUGLAS YATES RENTED A TRUCK AND HAD FAILED TO RETURN SAME,

(2).WHEN THE JUDGE ISSUED THE WARRANT,IT WAS BASED UPON AN AFFIDAVIT OF PROBABLE CAUSE,WHICH WAS ILLEGALLY WORDED,THEREFORE,THE WARRANT BASED UPON THIS AFFIDAVIT IS LIKEWISE ILLEGAL,E.G.,THE FINDING OF PROBABLE CAUSE,STATES:

" I HAVE REVIEWED THIS AFFIDAVIT OF PROBABLE CAUSE AND FIND THERE IS PROBABLE CAUSE TO HOLD AND BIND OVER FOR TRIAL THAT DEFENDANT,DAVID YATES,NAMED IN THIS AFFIDAVIT"

DATED THIS  2   DAY OF APRIL A.D.1991. signed by the presiding judge --------------------MAYNARD F.SWANSON

THE SWORN AFFIDAVIT WAS SWORN TO ON THE 26TH.DAY OF MARCH 1990, THIS WAS ABOUT ONE YEAR PRIOR TO THE ALLEDGED OFFENSE WHICH TOOK PLACE ALLEDGEEY ON THE 5TH.DAY OF JANUARY 1991.

## QUESTIONS OF THIS CASE

THIS PLAINTIFF ASKS IS THIS WARRANT LEGAL,ACCORDING TO THE PROBABLE CAUSE AFFIDAVIT UPON WHICH IT IS BASED,E.G.,THE AFFIDAVIT WAS SWORN TO ON THE 26TH.DAY OF MARCH 1990,ALMOST ONE YEAR PRIOR TO THE ALLEDGED OFFENSE DATED JANUARY 1991.

THIS PLAINTIFF ASK IS THE PROBABLE CAUSE FINDING BY THE JUDGE WHO ISSUED THE WARRANT BASED THEREON ILLEGAL BY REASON THE PROBABLE FINDING WAS FOR A PERSON NAMED DAVID YATES,NOT THIS PLAINTIFF DOUGLAS McARTHUR YATES.

## ARGUMENTS PRESENTED.

PLAINTIFF CONTENDS THAT THE WARRANT IS ILLEGAL,FOR THE REASONS THAT IT WAS FOR SOMEONE NAMED DAVID YATES,NOT THIS PLAINTIFF,FURTHER- MORE,THE AFFIDAVIT OF PROBABLE CAUSE WAS SWORN TO ON THE 26TH.DAY OF MARCH 1990,SEE APPENDIX A ATTACHED HERETO AT PAGES 3 AND 4 THEREOF.

WHEN CONSIDERING THESE FACTS,AND THE FACT THAT THIS PLAINTIFF HAS NEVER RENTED FROM RYDER,NOR ANY AGENT THEREOF THIS ACTION IS IS TO SEEK MONITARY DAMAGES IN AN AMOUNT OF 500.000.000,DOLLARS.

(3)

THE HARM DONE TO THIS PLAINTIFF WAS THAT THIS ILLEGAL PROBABLE CAUSE AFFIDAVIT,AND THE SUBSEQUENT ILLEGAL WARRANT WHICH WAS BASED UPON THAT AFFIDAVIT CAUSED THE PLAINTIFF TO BE TERMINATED FROM HIS SSI CHECKS,HIS FOOD STAMP PROGAM,AND HIS MEDICAL CARDS,ALL DONE BY THE SOCIAL SECURITY ADMINISTRATION BASED UPON THIS ILLEGAL SAID WARRANT NO.997CFAES.DADE CITY FLORIDA,PASCO FLORIDA 33526.APPENDIX (A),PAGES 3 AND 4 THEREOF.

THE SOCIAL SECURITY ADMINISTRATION WILL BE DEALT WITH IN THE UNITED STATES DISTRICT COURT AT PIKEVILLE KENTUCKY 41501,CIVIL NO. 07-CV-116-GFVT

THIS CASE WILL BE FILED IN THE UNITED STATES DISTRICT COURT IN THE PROPER UNITED STATES DISTRICT COURT IN FLORIDA FOR THIS CASE CONCERNING THE ILLEGAL WARRANT,NO.997CFAES,AND THE HARM DONE THIS PLAINTIFF,BY THE DEFENDANTS IN THE STATE OF FLORIDA,SINCE THEY WERE GIVEN THE OPPORTUNITY TO CORRECT THEIR MISTAKES AND REFUSED TO DO SO.

THIS PLAINTIFF CONTENDS THAT THE OFFICIALS IN FLORIDA KNEW OR SHOULD HAVE KNOWN THEY WERE ACCUSING THE WRONG PERSON,THEIR OWN ADDMISSIONS SHOWS THEY WERE AWARE OF THESE FACTS AND INSIST ON GOING FORWARD WITH THIS ILLEGAL PROCESS.APPENDIX A PAGES 3 AND 4 ATTACHED.

PLAINTIFF CONTENDS THAT THE OFFICIALS OF PASCO COUNTY,AND THEIR RYDER TRUCK RENTAL AGENT,MAY JOHNSON,THE AGENT BOBBY LIGHTFOOT,AS WELL AS THE JUDGE THAT ISSUED THE WARRANT ,INTENTIONALLY DEVISED A A SCEME AND ARTIFISE TO VIOLATE THIS PLAINTIFFS RIGHTS AGAINST ILLEGAL ARREST,KNOWING FULL WELL THEY WERE VIOLATING THIS PLAINTIFFS RIGHTS UNDER THE FOURTH AMENDMENT TO THE UNITED STATES CONSTITUTION.

THE FOURTH AMENDMENT SAYS NO PERSON SHALL BE HELD TO ANSWER TO A FELON OFFENSE WITHOUT A WARRANT BASED UPON PROBABLE CAUSE .

THE PROBABLE CAUSE AFFIDAVIT IN THIS INSTANT CASE IS INVALID THEREFORE THE WARRANT BASED THEREON IS LIKEWISE ILLEGAL,THUS,THIS PLAINTIFFS RIGHTS NOT BE ARRESTED,NOR HARMED BY SUCH A DEVISE IS AND CONTINUES TO BE A VIOLATION OF THE FOURTH AMENDMENT CLAUSE AGAINST ILLEGAL ARREST.

WHEREFORE,PLAINTIFF SEEKS THE FOLLOWING RELIEF FROM THIS COURT.

(4)

(A), TO BE ALLOWED A CIVIL JURY TRIAL ON ALL ISSUES HEREIN, SINCE THE AMOUNT IN CONTROVERISE EXCEEDS 20.00,U.S.CONSTITUTIONAL AMENDMENT 7.

(B). TO BE ALLOWED TO PROCEED HEREIN IN FORMA PAUPERIS,WITHOUT PREPAYMENT OF FILLING AND/OR COSTS ASSOCIATED HEREWITH,MOTION TO SO DO IS ATTACHED HERETO AND MADE A PART HEREOF. AN AFFIDAVIT OF POVERITY IS ALSO ATTACHED HERETO AND MADE A PART HEREOF.

(C). TO ANY AND ALL FURTHER RELIEF TO WHICH PLAINTIFF MAY APPEAR ENTITLED TO AS A MATTER OF RIGHT AND LAW.

(BY) _Douglas McArthur Yates_

DOUGLAS McARTHUR YATES,
PLAINTIFF PRO-SE
P.O.BOX 4263
PIKEVILLE,KY.41502-4263
PH.606-631-7743

## CERTIFICATE OF SERVICE

ALL COPIES MAILED TO THE UNITED STATES DISTRICT COURT,CLERK, UNITED STATES COURTHOUSE,TAMPA,FLORIDA _____ ALL THIS 25th. DAY OF JUNE (2007).

(S) _Douglas McArthur Yates_

DOUGLAS McARTHUR YATES,PRO-SE.

(5)